# EXHIBIT C

# 'Fallout Shelter' is Beating 'Candy Crush Saga' in Profits & iOS App Store Rank



By **Sarah Fields** | 3 years ago

*Candy Crush Saga* is generally viewed as a highly-addictive, but unoriginal game that survives on microtransactions and rewarding gameplay. With that in mind, it comes as on surprise that the game has dominated the top 4 highest-grossing games of the iOS app store for years.

While the creation of the **Fallout Shelter** mobile game surprised many, it's not a surprise that the overwhelming popularity of the *Fallout* franchise has spread to the iOS title, too. In fact, it's become so popular so fast that it's dethroned Candy Crush Saga from the iOS its spot amongst the highest-earning iOS apps.

Fallout Shelter was announced at Bethesda's pre-E3 conference on Sunday evening, alongside the Fallout 4 gameplay reveal trailer and the announcement of a special Fallout 4 pip-boy edition. Surprisingly, executive Todd Howard made it clear that the game was not going to be like most freemium mobile games: there would be no paywall, and in-game transactions would be minimal.

Despite this, the game has skyrocketed in popularity and earnings, reaching the status of most-downloaded free app in all of the US and UK on its very first day of availability, according to App Annie. Within one day of being on the market, *Fallout Shelter* conquered Candy Crush Saga and became the 3rd-highest grossing game on the iOS App Store, which it maintained until Thursday, dropping down to 4th-highest with *Candy Crush Saga* falling to 5th.



Unfortunately, it's not possible to pin down the exact amount of money that Bethesda has netted from *Fallout Shelter* just yet. However, in King's last earnings report for Candy Crush Saga, the game was netting about $2 million per day. Even if Candy Crush Saga is earning less than that at this time, it's reasonable to assume that *Fallout Shelter* is raking in some serious profits. With any luck, this will encourage Bethesda to speed up its development process of the Android version of *Fallout Shelter*, which has only been said to be released "within the next few months."

*Fallout Shelter* is a fun game for *Fallout* fans to bide their time while they eagerly await November 10th to roll around and *Fallout 4* to be released. Moreover, Bethesda created it as a game with integrity that doesn't nickle and dime its players to get a competitive edge or simply to progress to the next level. There's no telling how long the game will hold onto the spot