# EXHIBIT D

# Fallout Shelter builds new vaults on PS4 and Nintendo Switch, available now

By Sam Prell  9 days ago  News

Build your vault at home or on the go

COMMENTS



Fallout Shelter, Bethesda's addicting civilization management game set in the post-apocalyptic wastes of the Fallout universe, is coming to Nintendo Switch and PlayStation 4.

Oh wait, scratch that. It's available *right now*.

Did you just emerge from your own nuclear shelter and aren't sure what Fallout Shelter is? Check out the announcement trailer from E3 2015:

ADVERTISING

Fallout Shelter was one of the biggest surprises of E3 2015 - a fun new take on the Fallout universe, designed for mobile, and available to play the second it was announced. To celebrate the game's three-year anniversary, Bethesda followed that initial announcement's formula: reveal the game, say what platforms it's for, and oh by the way, it's out now.

Hey, don't fix what ain't broke.

To date, Fallout Shelter has been downloaded more than 120 million times, which game director of Bethesda Todd Howard pointed out is more than all of Bethesda's previous games combined. I expect that number will climb *significantly* higher now that those interested can play it on Sony and Nintendo's consoles.

Oh, what's that? You stopped reading at "available right now" and are already downloading it. I'll leave you to your vault then - but don't forget to visit our Fallout Shelter guide for hints and tips on keeping your vault dwellers happy (and alive).

*Be sure to check out the E3 2018 schedule to see when the other major players will announce their news, and keep an eye on our list of E3 2018 games to see all the titles coming your way.*