# EXHIBIT E

# EXHIBIT E

English











PRE-REGISTER NOW

COMING SOON



# DON'T PLAY GAMES. PLAY GOD.

## WESTWORLD IS COMING TO THE APPLE APP STORE & GOOGLE PLAY



As a new Delos employee, learn to control Westworld. From bloody sunrises to romantic sunsets, you'll pair Guests with Hosts, fulfilling their wildest dreams from the shadows. Because in a world ruled by desire, everyone has a role to play. Including you.

# MILESTONE REWARDS

Pre-register now to get special rewards, including early access to the Lawrence Host Code and other cool offers from WB Games and its **affiliates**. As a bandit and slickster, Lawrence is the ultimate wingman for any adventure.

**Select Device:**

○ iPhone
○ android

## ENTER YOUR EMAIL

ENTER

By entering your email address, you agree to our **Privacy Policy** and **Terms of Use.**

Rewards will be unlocked to all pre-registered players as we hit community pre-registration goals. Pre-registered players can only claim rewards by downloading the game through September 30, 2018. Milestones and rewards are provided solely by WB Games, and WB Games will determine whether pre-registration milestones have been reached. Milestones are measured by the number of players pre-registering across all platforms. Rewards have no cash value and are awarded without any express or implied warranty.

## PRE-REGISTRATION PROGRESS



| LV.1 | LV.2 | LV.3 | LV.4 |

**LEVEL 1**
250,000
PRE-REGISTRATIONS

**LEVEL 2**
500,000
PRE-REGISTRATIONS





### EARLY ACCESS TO LAWRENCE
### UNLOCKED

### COINS & GEMS PACK
### UNLOCKED

## LEVEL 3
**750,000**
PRE-REGISTRATIONS

## LEVEL 4
**1,000,000**
PRE-REGISTRATIONS





### BASIC HOST CODE PACK
### UNLOCKED

### CRAFTING PACK
### UNLOCKED

# CONTROL YOUR WORLD

Case 8:18-cv-01846-PX   Document 1-5   Filed 06/21/18   Page 5 of 9



## MAINTAIN ORDER

Build, optimize, and unlock park locations including Sweetwater, Escalante and Las Mudas. It's a tough job keeping the trains on the track. Are you up to the challenge?



## CREATE HOSTS

Manufacture, collect, and upgrade over 170 A.I Hosts as you create the ultimate experience for Guests. From their Props to their Reveries, everything is customizable.



## SATISFY DESIRES

Match Guests with the perfect Host in order to satisfy their every desire. From romance to robbery, Guests are here to live without limits.

# DELOS HUMAN RESOURCES

At Delos Destinations, a subsidiary of Delos Incorporated, we pride ourselves on creating authentic, unique and truly unforgettable experiences. Joining our team is the once in a lifetime opportunity to have a career of your own creation.



## PLACEMENT TEST

Are you ready to open your world to new and exciting opportunities? Fill out this brief assessment and find out where you'd fit in at Westworld.



## BEGIN ORIENTATION

As a new employee, there's a lot to learn. Begin your orientation to familiarize yourself with your new surroundings.

Based on the hit HBO series, the Westworld mobile game brings the experience to the palm of your hand. Explore the iconic locations and interact with familiar characters including Bernard, Dr. Ford, Maeve, Dolores and more.



## FOLLOW US ON

WESTWORLD SOFTWARE © 2018 WARNER BROS. ENTERTAINMENT INC. DEVELOPED BY BEHAVIOUR INTERACTIVE. WESTWORLD AND ALL RELATED CHARACTERS AND ELEMENTS © & ™ WARNER BROS. ENTERTAINMENT INC.

PRIVACY POLICY   |   TERMS OF SERVICES   |   AD CHOICES

WB GAMES LOGO, WB SHIELD: ™ & © WARNER BROS. ENTERTAINMENT INC. (S18)