# EXHIBIT F

Forbes / Games / #GamingSales

APR 24, 2018 @ 09:56 AM    2,534

# Expect A 'Westworld' Game On iOS And Android Soon



**Dave Thier**, CONTRIBUTOR
*I write about video games and technology.* **FULL BIO** ∨

Opinions expressed by Forbes Contributors are their own.



Credit: WB
*Westworld's mobile game.*

*Westworld* Season 2 debuted on HBO over the weekend, and like anyone might have guessed, fan theories are already winging their way across the internet as the breakout sci-fi show goes down the rabbit hole on some mysteries. Here's one that we can feel pretty confident about, however. WB is planning a *Westworld* mobile game on iOS and Android, and while it doesn't appear to have been tied to the premiere, we'll likely be playing it soon.

I played a bit of the game at the Game Developer's Conference a few weeks ago, and there's potential here. It's an obvious *Fallout Shelter* evolution, centered around a similar base-building mechanic. The goal is to run a park like in the show by populating it with AI hosts designed to meet your guests' every need, and the game

is divided into two parts. There's the underground, where you do research, develop and train new hosts, and the park itself, where guests arrive and your hosts go up to fill little progress bars based on their deepest desires. Hosts are ranked by how well they can please a guest and what types of actions they can do: we've got fighters and we've got lovers, so to speak.

The hosts form the core of the gameplay loop as well as the core of the microtransaction system. Your ability to run a successful park revolves around your roster of hosts, and upgrading them forms a key part of how quickly you can progress through missions. You can either upgrade existing hosts or buy new, more powerful hosts, and naturally you can spend a bit of money to speed things along. As you progress through the game new park locations are unlocked, as well, providing a little visual variance.

Most interestingly, there's something of a story in here as well, though I didn't see much of it in my limited playtime. Developer WB Studios is collaborating with writers from the show itself, and familiar characters pop up from time to time. The game takes place before the events of the show -- anyone who saw the Season 1 finale will understand why that's a necessity -- but there will still be tie-ins to things we've seen and things we've yet to see. One location in the game is held out for limited time events of a kind that fit into the show's fiction.

It's an interesting little title, though I worry that the wealth of systems on offer could get a little overwhelming. There's no official release date, but according to the developers, it's due out in April.

*Follow me on* Twitter *and* Facebook