# EXHIBIT I

# Warner Bros partners with Fallout Shelter dev Behaviour Interactive on Westworld mobile game

| Date | Type | Companies involved | Size |
|---|---|---|---|
| February 1st, 2018 | PARTNERSHIP | Behaviour Interactive<br>Warner Bros. Interactive Entertainment | Not disclosed |

February 1st, 2018 - 03:25pm
By Ric Cowley, Deputy Editor

Warner Bros. Interactive Entertainment has tapped Fallout Shelter developer Behaviour Interactive to develop a new mobile game based on the TV show Westworld.

As reported by Engadget, the two studios are working with the TV show's production company Kilter Films. The game is already in soft-launch on Android in Denmark, Finland, Malaysia, Norway, Sweden and Thailand.

The Westworld mobile game appears to much in the same vein as Fallout Shelter. Players will build and manage the titular theme park, constructing rooms below the park itself to maintain operations and keep visitors happy.

**Feels familiar**

Behaviour is also currently developing another soft-launched management game for Ubisoft called Assassins Creed Rebellion. It too shares gameplay elements with Fallout Shelter.

Given that Fallout Shelter accrued over 100 million downloads in two years of release, it's not difficult to see why publishers are still working with Behaviour on making similar games for different brands.

That said, the developer has seen some difficulties recently. It shuttered the Chile studio responsible for Fallout Shelter in November 2017, and offered "some" of the staff transfers up to the Montreal studio.

VIEW MORE
- News
- Deals

COMPANIES
- Behaviour Interactive
- Warner Bros. Interactive Entertainment



TAGS:   Development   Partnership   Soft Launch   Fallout Shelter



### Ric Cowley
Deputy Editor

Ric has written for PocketGamer.biz for as long as he can remember, and is now Deputy Editor. He likes trains.

