# EXHIBIT J

# Westworld Mobile Game Coming to iOS and Android

Ever wanted to enjoy Westworld without the moral implications and subtle storytelling? We've got good news for you.




**NEWS**

**Matthew Byrd**

Mar 13, 2018

Warner Bros. is working on a ***Westworld*** video game for...sigh...mobile devices.

**Take the Den of Geek Reader Survey for a chance to win a $100 Amazon Gift Card!**

Actually, it's not all bad. Based on the footage shown of the game thus far, it appears that the ***Westworld*** mobile game is more or less a ***Westworld*** version of ***Fallout Shelter***. That means it will require players to manage their own Westworld park and corporate entity by creating and managing a series of sections containing various employees, facilities, hosts, and guests.

You'll certainly have no shortage of options available to you - it appears you'll be able to modify quite a few things within the game - which you'll need in order to build the best ***Westworld*** park possible.

First off, yes, we are very, very aware that you are not supposed to walk away from ***Westworld*** thinking of ***Westworld*** as a fun theme park populated by cartoon caricature hosts and maintained by corporate overlords who never violate certain human ethics in favor of earning more money and furthering evil advances. Then again, ***Fallout*** wasn't exactly a feel-good kind of experience, and ***Fallout Shelter*** managed to be amusing



0