# EXHIBIT K

*G A M E S*

# Westworld Mobile Game Lets You Control The Park

BY WILLIAM USHER                              2 MONTHS AGO     2 COMMENTS

Just about every popular piece of media these days gets a new game based on it. So, it should come as no surprise that there's a brand new mobile game based upon the popular HBO series *Westworld*.

Warner Bros. Interactive Entertainment announced that the pre-registration period for *Westworld* on mobile devices has opened up, allowing gamers to get in line and prep for the release of the mobile version of the game based on the HBO series.

Players will take on the role of a trainee who must oversee and maintain the Delos Park Training Simulation. Players will have control of various aspects of the Westworld park operations and the AI that populate the world. The game is designed around more kid-friendly aesthetics compared to what's featured in the HBO series.

Case 8:18-cv-01846-PX   Document 1-11   Filed 06/21/18   Page 3 of 4

Warner Bros. is working with Kilter Films while having the WB Games San Francisco outlet design the game in collaboration with Behavior Interactive. *Westworld* will launch at some point in 2018 for iOS and Android devices.

If Behavior Interactive sounds familiar to you, it's because that's the studio behind the highly popular *Dead By Daylight*. The developer has been seeing massive success with the asymmetric multiplayer PvP game where one player takes on the role of a killer and the rest are survivors. The game has managed to sell millions of copies since launching back in 2016, making Behavior Interactive a hot property in the development scene, much like PUBG Corporation after hitting it big with *PlayerUnknown's Battlegrounds* last year.

Behavior is also responsible for helping Bethesda with *Fallout Shelter*, the popular mobile game that came out ahead of the release of *Fallout 4* several years ago. So, the studio definitely has a pedigree in making both big name games and smaller mobile titles based around big franchises.

Case 8:18-cv-01846-PX   Document 1-11   Filed 06/21/18   Page 4 of 4

In fact, the gameplay of *Westworld* doesn't look too dissimilar to *Fallout Shelter,* as you'll have an isometric, managerial overview of the simulated game world, where you can see the inhabitants and guests moving around and "fulfilling their wildest dreams."

You'll still have to keep and maintain order in the world and ensure the hosts nor the guests get unruly. Additionally, you'll have to create and maintain hosts in the game, spanning over 170 different AI hosts, this includes choosing props and reveries -- customizing every aspect of the hosts to suit the desires of the guests.

There's also a bit of a romantic element involved, as you'll need to pair up hosts with guests so that they have a grand 'ole time while visiting the simulation. The game has a similar setup to the old *Sims* games that Maxis created, almost like *SimPark* or *SimTown*, where the objective was to create and then maintain a certain area while populating it with people. There's also a little bit of the *Tycoon* series tossed in there where you need to keep people happy, too.

Pre-registration is open right now over on the **official *Westworld* mobile website**. The full game is expected to launch at some point in April.