# EXHIBIT L

KOTAKU   THE A.V. CLUB   DEADSPIN   EARTHER   GIZMODO   JALOPNIK   JEZEBEL   LIFEHACKER   SPLINTER   THE TAKEOUT   THE ROOT   THE ONION

# Westworld's Video Game Looks A Lot Like *Fallout Shelter*

VIDEO   THE BESTS   STEAMED   COSPLAY   COMPETE   SNACKTAKU   HIGHLIGHT REEL   PODCAST   REVIEW

| VIDEO | THE BESTS | STEAMED | COSPLAY | COMPETE | SNACKTAKU | HIGHLIGHT REEL | PODCAST | REVIEW |


Luke Plunkett
3/12/18 7:20pm  •

26.4K   33   4



There's a *Westworld* video game coming, and while a PC management sim or quick-and-dirty console shooter may seem like the obvious adaptation options, Warner Bros. is taking a more mobile approach.

That's the official trailer, but since it doesn't show you much, here's some gameplay captured by Android Gameplay Weekly:

So, yeah, *Fallout Shelter*. Only with a more involved above-ground element, since you've got the guest section along with the subterranean management sections.

The game's not out yet, but as with most mobile launches, there are some with early access, hence the footage. You can sign up and try and get in yourself here.

**ABOUT THE AUTHOR**

**Luke Plunkett**

Luke Plunkett is a Senior Editor based in Canberra, Australia. He has written a book on cosplay, designed a game about airplanes, and also runs cosplay.kotaku.com.

✉ Email    🐦 Twitter    📧 Posts



Want Kotaku's email newsletter?

Your email address

Subscribe