# EXHIBIT M

 YouTube      SIGN IN



## Westworld Mobile Game (Gameplay Trailer)

928 views      👍 5    👎 2    ↗ SHARE   ≡+   •••

 **GameCrate**          SUBSCRIBE 34K
Published on Mar 12, 2018

Looks a lot like Fallout Shelter, don't you think? Comes out
April 2018.

SHOW MORE

Up next          AUTOPLAY   

 **Biggest Easter Eggs In Westworld**
Looper ✓
1.2M views

 **Westworld Character upgrade tips
and where to spend gems**
SamTheOilManPlaysGames
996 views

 **Westworld Game Gameplay Part
1(Android iOS)**
OGL Gameplays
12K views



☰         🔍 📹 ⊞ ⋮    SIGN IN



27 views



**LEGO The Incredibles - All Bosses & Ending**
ProsafiaGaming ✓
243K views
New



**How to make MARBLE to MOON arcade Board Game from Cardboa…**
DIY Ocean ✓
1.6M views



**GDC 2018 Developer Talks Westworld Mobile**
GamerHubTV
83 views



**Westworld mobile game - First Impression**
SamTheOilManPlaysGames
2K views



**The Westworld mobile game is open for pre-registration**
NoobTheDude
55 views



**Annoying Orange - MINECRAFT STORY MODE: Episode 1 Complete!**
Annoying Orange ✓
5.1M views



**Asphalt 9: Legends - Official Soft Launch Preview**
Asphalt ✓
1.2M views



**Westworld | Delos Park Training Simulation – Control Your Future**
WB Games
48K views



**Westworld | Mobile Game**
Bhumi Chayanon



☰                   🔍   ⬛   ▦   ⋮    SIGN IN



Game from Cardboard

TRICKNEW

1.7M views

10:15



Download Westworld APK Mod Money for Android/iOS

APK MOD

730 views

9:40



Westworld - TV Series Movie Mobile Game - Android Gameplay…

Android Gameplay Weekly ✓

7.8K views

14:45



WESTWORLD Gameplay Walkthrough Part 1 - Getting…

MobileGamesDaily

2.2K views

12:58



Download Durango: Wild Lands Apk mod latest for Android

Android Gameplay

1.8K views

0:54



LEGO THE INCREDIBLES 2 Gameplay Walkthrough Part 1 FUL…

RabidRetrospectGames

15K views

New

2:37:15



Westworld Mobile Game Trailer | Delos Park Training Simulation

Gamespilot

487 views

0:52

SHOW MORE

1 Comment      ☰ SORT BY

Add a public comment...

**Mateusz Stępień**   1 month ago

don't tell me it's another fallout shelter-type game

SIGN IN