# EXHIBIT N

Case 8:18-cv-01846-PX   Document 1-14   Filed 06/21/18   Page 2 of 4

# Westworld Mobile Game Is In The Works From The Makers Of Fallout Shelter

by S.C. O'Donnell 4 months ago  Follow @scodonnell21

TWEET  SHARE  COMMENT



***The park is open for business! Warner Bros. and Behaviour Interactive are joining forces to on a new Westworld mobile game.***

Now that *Westworld* Season 2 is set to premiere on April 22nd, HBO has begun a huge marketing campaign. It began with a short teaser during the Super Bowl, but that was only the beginning. *Westworld's* official social media accounts are active and are getting fans and the public for the brand-new season. To add to the excitement, HBO's parent company, Time Warner, looks to take HBO's hit franchise to another medium. Which will include a brand-new *Westworld* mobile game.

Watch Westworld FREE With a 7-Day Risk-Free HBO Trial!

SEMENT

## Warner Bros. And Behaviour Interactive Are Working On A *Westworld* Mobile Game

According to **Engadget**, Warner Bros. has tapped the makers of *Fallout Shelter*, Behaviour Interactive, to design a game based on HBO's hit show.   Surprisingly, the project is already available for Android phones in Denmark, Finland, Malaysia, Norway, Sweden and Thailand. As of now, we don't know when the game will be available in other markets.

Based on the gameplay we've seen; the game looks to be similar to other "world building" platforms. The game allows you to design and manage your own version of Westworld, which includes general maintenance and daily upkeep. Unfortunately, the more "adult" activities seem to be excluded, but, overall, the gameplay looks great.

It's likely that the game will feature a stray robot or two, but don't expect a full host revolution. Details regarding the games release, function or if it will be in the "pay-to-play" style have yet to be released. We still have a few months until *Westworld* Season 2 drops. Until then, we will continue to speculate on **anything and everything *Westworld***.

***Westworld* Season 2 will premiere on HBO Sunday, April 22, 2018 9PM/EST**

Make sure you follow our ***Twitter*** and **Facebook** pages for everything you need to know regarding *Westworld* Season 2