UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

Bethesda Softworks LLC

**Plaintiff**

vs.   Case No.: 8:18-cv-01846-PX

Behaviour Interactive, Inc., et al.

**Defendant**

## AFFIDAVIT OF SERVICE

I, Carlos Canas, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, and Complaint for Breach of Contract, Inducement to Breach of Contract, Copyright Infringement, Misappropriation of Trade Secrets, and Unfair Competition with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 06/22/2018 at 2:58 PM, I served Warner Bros. Entertainment, Inc. with the Summons, Civil Cover Sheet, and Complaint for Breach of Contract, Inducement to Breach of Contract, Copyright Infringement, Misappropriation of Trade Secrets, and Unfair Competition with Exhibits at 4000 Warner Boulevard, Burbank, California 91522 by serving Ginger Timpton, Legal Department Manager, authorized to accept service.

Ginger Timpton is described herein as:

Gender: Female   Race/Skin: White   Age: 45+   Weight: 200+   Height: 5'5"   Hair: Blonde   Glasses: No

I declare under penalty of perjury that this information is true.

6/25/18
Executed On



Carlos Canas

Client Ref Number:N/A
Job #: 1546904

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| BETHESDA SOFTWORKS LLC<br><br>*Plaintiff(s)*<br>v.<br>BEHAVIOUR INTERACTIVE, INC. and<br>WARNER BROS. ENTERTAINMENT INC.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 8:18-cv-01846-PX |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Warner Bros. Entertainment Inc.
    4000 Warner Blvd.
    Burbank CA  91522

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Margaret A. Esquenet (Bar No. 27775)
    Douglas A. Rettew (Bar No. 29815)
    FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
    margaret.esquenet@finnegan.com
    doug.rettew@finnegan.com
    202-408-4000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   06/22/2018

*Signature of Clerk or Deputy Clerk*