## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**BETHESDA SOFTWORKS LLC**

        **vs.**        Case No. **8:18-cv-01846-PX**

**BEHAVIOUR INTERACTIVE, INC. and WARNER BROS. ENTERTAINMENT, INC.**

*************************************************************************

### DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

☐ I certify, as party/counsel in this case that _____
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership, or other business entity not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☒ The following corporate affiliations exist with _____Bethesda Softworks LLC_____:
(name of party)
See Exhibit A _____.
(names of affiliates)

☒ The following corporations, unincorporated associations, partnerships or other business entities, which are not parties, may have a financial interest in the outcome of this litigation:
_____ZeniMax Media Inc._____
(names of entities with possible financial interests)

July 6, 2018              */s/ Margaret A. Esquenet*
*Date*                               *Signature*

                                        Margaret A. Esquenet     27775
                                        *Printed Name*         *Bar Number*

                                        901 New York Avenue, NW
                                        *Address*

                                        Washington, D.C.  20001-4413
                                        *City/State/Zip*

                                        (202) 408-4000        (202) 408-4400
                                        *Phone No.*                 *Fax No.*

**U.S.:**

ZeniMax Media Inc.

Vir2L Studios LLC

ZeniMax Technology LLC

ZeniMax Online Studios LLC

id Software LLC

Arkane Studios, LLC

Bethesda Game Studios Austin LLC

Escalation Studios LLC

ZeniMax East Holdings Limited LLC

PAC Investments Limited I LLC

**Foreign:**

ZeniMax Europe Ltd.

ZeniMax Online Ireland Limited

ZeniMax Germany GmbH

ZeniMax France SAS

ZeniMax Benelux B.V.

ZeniMax Australia Pty. Limited

ZeniMax Asia Pacific Limited

Bethesda Softworks Europe Ltd.

Machine Games Sweden AB

ZeniMax Asia K.K.

Arkane Studios SAS

Bethesda Studios Montréal Inc.