# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BETHESDA SOFTWORKS LLC | * | |
| **Plaintiff,** | * | |
| v. | * | Case No. 8:18-cv-1846-PX |
| BEHAVIOUR INTERACTIVE, INC., ET AL. | * | |
| **Defendant.** | * | |

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the  Defendant Warner Bros. Entertainment, Inc.

I certify that I am admitted to practice in this Court.

July 11, 2018
Date

/s/ Rachel S. Janger
Signature

Rachel S. Janger
Printed name and bar number

1625 Eye St. NW Washington, DC 20006
Address

rjanger@omm.com
Email address

(202) 383-5300
Telephone number

(202) 383-5414
Fax number