Bethesda Softworks LLC, et. al., Plaintiff(s)
vs.
Behaviour Interactive, Inc., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171
CivilActionGroup.com

APS File: 279941-1

## AFFIDAVIT OF SERVICE ON A CORPORATION

Service in a foreign country pursuant to Article 10 of the Hague Service Convention

--Behaviour Interactive Inc.
Court Case No. 8:18-cv-01846-PX

**Law Firm Requesting Service:**
FINNEGAN, HENDERSON, ET AL
Ms. Laura F. McClafferty
901 New York Ave., NW
Washington, DC  20001-4413

| | |
|---|---|
| **Name of Server:** | **Rino Rinaldi, Bailiff of Justice**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on **05-July-2018   10:00 am** |
| **Place of Service:** | **6666, St-Urbain, Suite 500, Montreal, Quebec   H2S 3H1   Canada** |
| **Documents Served:** | the undersigned served the documents described as: Summary of the Document to be Served, French Translation of the Summary of the Document to Be Served, Summons in a Civil Action, Complaint for Breach of Contract, Inducement to Breach of Contract, Copyright Infringement, Misappropriation of Trade Secrets, and Unfair Competition / Index of Exhibits to the Complaint / Exhibits A to N / Civil Cover Sheet / Summons (Behaviour Interactive Inc.) / Summons (Warner Bros. Entertainment Inc.) |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: **Behaviour Interactive Inc.** By delivering them into the hands of an officer, managing agent, or other person authorized to accept service of process, whose name and title is **Julie Carpantier, person authorized to receive legal documents** |
| **Foreign Law:** | Civil Code of Procedure of Québec / Corporation: by leaving the document with a person who appears to be in a position to give it to an officer or director or an agent of the company |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex **F** ; Skin Color **White** ; Hair Color ____ ; Facial Hair **N/A** Approx. Age **30 yrs** ; Approx. Height ____ ; Approx. Weight ____ ☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. Signature of Bailiff, Permit #590 | Subscribed and sworn to before me this **6** day of **July**, 20**18** Notary Public (Commission Expires) **Michaël Chriqui** Notaire-Notary 507 Place d'Armes, suite 1300 Montréal (Québec)  H2Y 2W8 |

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122