UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| BETHESDA SOFTWORKS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>BEHAVIOUR INTERACTIVE, INC., and<br>WARNER BROS. ENTERTAINMENT, INC.,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)    Case No. 8:18-cv-1846-PX<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND**

Defendants Warner Bros. Entertainment Inc. ("Warner Bros."), Behaviour Interactive, Inc. ("Behaviour"), and Plaintiff Bethesda Softworks LLC ("Bethesda"), (collectively the "Parties") respectfully request a forty-five (45) day extension of time for all defendants to respond to the complaint in this matter.  The Parties request this extension to facilitate discussions with the goal of narrowing the issues in this case, and limiting the burden on the Court's time.

Bethesda filed the complaint on June 21, 2018.  On July 11, 2018 Warner Bros. requested an extension of time for all defendants to respond to the Complaint, which the Court granted on July 12, 2018.  The date for all defendants to respond to the Complaint is currently August 3, 2018.

The Court has not set a schedule for this case and no other motions are currently pending. This second extension will not prejudice any party or impact the Court's schedule, and may result in a narrowing of the issues and, consequently, a lessening of the burden on the Court. Courts regularly permit extensions in such circumstances.  *See, e.g.*, *Sewell v. CFTC*, 2017 WL

1

1196614, at *2 (D. Md. Mar. 31, 2017) (granting thirty-day extension to respond to complaint). Defendants reserves all rights in responding to the complaint, *see, e.g., Beckham v. National R.R. Passenger Corp.*, 569 F.Supp.2d 542, 554 (D. Md. 2008), but in all events commits to work efficiently and diligently to have this matter resolved.

WHEREFORE, the Parties requests that the Court enter an Order, in the form annexed hereto, extending the time for all Defendants to respond to the Complaint until September 17, 2018.

Dated:  July 26, 2018

By:  /s/ Rachel S. Janger
Rachel S. Janger (Bar No. 15058)
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, D.C. 20006
rjanger@omm.com
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Matt Kline (*pro hac vice*)
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067
mkline@omm.com
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

*Attorneys for Warner Bros. Entertainment Inc.*

Dated:  July 26, 2018

By:  /s/ David I. Bledsoe
David I. Bledsoe  (Bar No. 11009)
**IMPRESA LEGAL GROUP**
600 Cameron St.
Alexandria, VA 22314
bledsoelaw@earthlink.net
Telephone: (703) 379-9424
Fax: (703) 340-1642

Stephen S. Smith (*pro hac vice*)
**LAW OFFICES OF STEPHEN S. SMITH PC**
30700 Russell Ranch Rd. Ste. 250
Westlake Village, CA 91377
3109555824
Fax: 3109555824

*Attorneys for Behaviour Interactive, Inc.*

 /s/ Rachel S. Janger
(signed by Rachel S. Janger with permission by
Stephen S. Smith)

Dated:  July 26, 2018

By:  /s/ Margaret A. Esquenet
Margaret A. Esquenet  (Bar No. 27775)
**FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER LLP**
901 New York Ave NW
Washington, DC 20001
margaret.esquenet@finnegan.com
Telephone: (202) 408-4000
Fax: (202) 408-4400

*Attorney for Bethesda Softworks, LLC*

 /s/ Rachel S. Janger
(signed by Rachel S. Janger with permission by
Margaret A. Esquenet)

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 26, 2018, I caused the foregoing to be electronically filed with the

Clerk of Court using CM/ECF system, which will send notification of such filing to the

registered participants.


By:  */s/ Rachel S. Janger*
Rachel S. Janger (Bar No. 15058)
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
rjanger@omm.com