# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BETHESDA SOFTWORKS LLC<br><br>　　Plaintiff,<br><br>　　v.<br><br>BEHAVIOR INTERACTIVE, Inc. et al.,<br><br>　　Defendants. | Civil Action No. PX -18-1846 |

## SETTLEMENT ORDER
## (LOCAL RULE 111)

On November 27, 2018, the Parties informed the Court that a settlement in principle had been reached between them (via email). Accordingly, pursuant to Local Rule 111, the settling parties are hereby directed to submit a proposed Order of Settlement on or before **December 28, 2018.**

Dated: November 29, 2018　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　　　Paula Xinis
　　　　　　　　　　　　　　　　　　　　　　United States District Judge