# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### Southern Division

| | |
|---|---|
| BETHESDA SOFTWORKS LLC, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>BEHAVIOUR INTERACTIVE, INC., and )<br>WARNER BROS. ENTERTAINMENT INC., )<br>)<br>*Defendants.* )<br>) | Case No. 8:18-cv-1846-PX |

## STIPULATED DISMISSAL OF ACTION WITH PREJUDICE

The parties to this action have resolved their dispute. Accordingly, Plaintiff Bethesda Softworks LLC, via counsel, hereby dismisses all claims with prejudice. Each party to bear its own costs and attorney's fees. Counsel for Defendants Behaviour Interactive, Inc. and Warner Bros. Entertainment Inc. consent to this motion. The parties respectfully request an appropriate Order to be entered.

Dated: December 12, 2018

By: /s/ Margaret A. Esquenet
Margaret A. Esquenet (Bar No. 27775)
**FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP**
901 New York Ave NW
Washington, DC 20001
margaret.esquenet@finnegan.com
Telephone: (202) 408-4000
Fax: (202) 408-4400

*Attorneys for Bethesda Softworks, LLC*

## CERTIFICATE OF SERVICE

I certify that on December 12, 2018, I caused the foregoing Stipulated Dismissal of Action with Prejudice to be electronically filed with the Clerk of Court using CM/ECF system, which will send notification of such filing to the parties' counsel.

/s/ Margaret A. Esquenet
Attorney for Plaintiff
Bethesda Softworks LLC